# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY J. BRODZKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF NORTH RICHLAND HILLS, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:11-cv-02101-RCJ-CWH <br><br> **ORDER** |

Plaintiff has sued Defendant for harassing him with technological equipment. The magistrate judge has recommended dismissal because the allegations in the Complaint are fantastic and delusional. *See Neitzke v. Williams*, 490 U.S. 319, 327–28 (1989) (citing 28 U.S.C. § 1915(d)). The Court adopts the recommendation. Because there is no chance of success on the merits, the Court also denies the motions for injunctive relief.

## CONCLUSION

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 11) is ADOPTED. The Clerk shall file the Complaint, which is DISMISSED with prejudice.

IT IS FURTHER ORDERED that the Motion for Injunction (ECF No. 2) and the Motions for Temporary Restraining Order (ECF Nos. 6, 13) are DENIED.

IT IS SO ORDERED.

Dated this 24th day of February, 2012.

_____
ROBERT C. JONES
United States District Judge